**92–1574.** State v. Rankin. *Hamilton County*, No. C–900843. On motion for leave to file delayed appeal. Motion denied.

H. BROWN and RESNICK, JJ., dissent.

**92–1575.** State v. Lewis. *Cuyahoga County*, No. 59127. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and HOLMES, J., dissent.

**92–1625.** Mid Fed. Savings Bank v. Martin. *Butler County*, No. CA91–12–202. On motion for leave to file notice of appeal instanter. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**92–1101.** Snide v. Columbus Bd. of Edn. *Franklin County*, No. 91AP–1327.

HOLMES and WRIGHT, JJ., dissent.

**92–1102.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County*, No. 91–CA–09. On motion and cross-motion to certify the record. Motions allowed.

SWEENEY and RESNICK, JJ., dissent.

**92–1116.** Polikoff v. TRW, Inc. *Cuyahoga County*, No. 63515.

SWEENEY and H. BROWN, JJ., dissent.

**92–1117.** DeFillippis v. TRW, Inc. *Cuyahoga County*, No. 63514.

SWEENEY and H. BROWN, JJ., dissent.

**92–1118.** DeFillippis v. TRW, Inc. *Cuyahoga County*, No. 63513.

SWEENEY and H. BROWN, JJ., dissent.

**92–1119.** Polikoff v. Adam. *Cuyahoga County*, No. 63516.

SWEENEY, HOLMES and H. BROWN, JJ., dissent.

**92–1120.** Akron v. Rowland. *Summit County*, No. 15307.

SWEENEY, HOLMES and H. BROWN, JJ., dissent.

**92–1130.** Bresnik v. Beulah Park Ltd. Partnership. *Franklin County*, No. 91AP–1068. On motion to certify the record and on motion for leave to file *amicus* of Scioto Downs et al. Motions granted.

SWEENEY and RESNICK, JJ., dissent.

**92–1147.** McIntyre v. Ohio Elections Comm. *Franklin County*, No. 90AP–1221.

RESNICK, J., dissents.

**92–1161.** Bedford Hts. v. France. *Cuyahoga County*, No. 60198. On motion to certify the record (notice of appeal by France et al. and second notice of appeal by the Industrial Commission) and on motion for leave to amend memorandum in support. Motions granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1216.** Cecil v. Cottrill. *Hocking County*, No. 91–CA–10. On motion and cross-motion to certify the record. Motions granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1244.** In re Miamisburg Train Derailment Litigation. *Montgomery County*, No. 12590.

HOLMES, J., dissents.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1057.** State v. McFadden. *Holmes County*, No. CA–447.

**92–1059.** Turak v. A.C. Leadbetter & Son, Inc. *Lucas County*, No. L–91–138.

DOUGLAS, J., dissents.